UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 09-02444 |
| ALLEN W. KNASEL and | ) | |
| LAURIE PEARD KNASEL, | ) | Hon. Carol A. Doyle, Presiding |
| | ) | |
| Debtors. | ) | Hearing Date: June 15, 2010 |
| | ) | Hearing Time: 10:00 A.M. |

**NOTICE OF FIRST AND FINAL FEE APPLICATION OF CHILDRESS DUFFY GOLDBLATT, LTD FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 21, 2009 THROUGH MAY 12, 2010**

TO:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on Tuesday, June 15, 2010 at 10:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Carol A. Doyle in Courtroom 742, in the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present the **First and Final Fee Application of Childress Duffy Goldblatt, Ltd. for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses For the Period July 21, 2009 Through May 12, 2010**, at which time and place you may appear as you see fit.

Dated: May 18, 2010

*N. Neville Reid, as Chapter 7 Trustee for the Bankruptcy Estate of Allen W. Knasel and Laurie Peard Knasel*

By:   /s/ Elizabeth Peterson
Fox, Hefter, Swibel, Levin & Carroll, LLP,
General Bankruptcy Counsel to the Trustee

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
Elizabeth Peterson (ARDC #6294546)
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL 60606
Ph: 312.224.1200
Fx: 312.224.1201

## CERTIFICATE OF SERVICE

I, Elizabeth Peterson, certify that on May 18, 2010, I caused a copy of the foregoing **First and Final Fee Application of Childress Duffy Goldblatt, Ltd. for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses For the Period July 21, 2009 Through May 12, 2010** to be filed electronically, with a copy of same being served upon the parties listed on the attached Service List by the Court's ECF filing system, fax, or for those parties for which the Trustee does not have a fax number, by first-class U.S. Mail.

*/s/ Elizabeth Peterson*
Elizabeth Peterson

**SERVICE LIST**

William T. Neary
Office of United States Trustee
Room 873
219 South Dearborn Street
Chicago, IL  60604-1702

A&T Construction
2748 Kingston Rd.
Northbrook, Il 60062-6514

AT&T Universal Card
P.O. Box 44167
Jacksonville, FL 32231-4167

Advertiser Network
236 Route 173
Antioch, IL 60002-1897

American Express
Box 0001
Los Angeles, CA 90096-0001

American Express
P.O. Box 981535
El Paso, TX 79998-1535

American Honda Financial Corp.
P.O. Box 5308
Elgin, IL 60121-5308

American Honda Finance Corporation
P.O. Box 60001
City of Industry, CA 91716-0001

Aurora Loan Services
10350 park Meadows Dr.
Littleton, CO 80124-6800

Aurora Loan Services
Bankruptcy Department
2817 College Park
P.O. Box 1706
Scottsbluff, NE 69363-1706

Aurora Loan Services
P.O. Box 1706
Scottsbluff, NE 69363-1706

Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026

Bank of America  
Business Credit Express, Bankcard C  
P.O. Box 15184  
Wilmington, DE 19850-5184

Bank of America  
P.O. Box 1519  
Wilmington, DE 19886-5019

Bank of America  
P.O. Box 15726  
Wilmington, DE 19886-5726

Bank of America  
P.O. Box 21848  
Greensboro, NC 27420-1848

Bank of America  
P.O. Box 535318  
Atlanta, GA 30353-5318

Bank of America Mortgage  
P.O. Box 533512  
Atlanta, GA 30353-3512

Bank of America  
P. O. Box 21848  
Greensboro, NC 27420-1848

Capital One  
P.O. Box 30285  
Salt Lake City, UT 84130-0285

Capital One  
P.O. Box 6492  
Carol Stream, IL 60197-6492

Capital One  
P.O. Box 6492  
Carol Stream, IL 60197-6492

Card Services  
P.O. Box 15049  
Wilmington, DE 19850-5049

Chase  
P.O. Box 15153  
Wilmington, DE 19886-5153

2

Chase
P.O. Box 15398
Wilmington, DE 19850-5298

Chase Visa Card
Cardmember Services
P.O. Box 15153
Wilmington, DE 19886-5153

Childress Duffy
515 N. State Street, Suite 2200
Chicago, IL 60654-8704

Citi
P.O. Box 6000
The Lakes, NV 89163-0001

Citi Cards
P.O. Box 6000
The Lakes, NV 89163-0001

Citi Premier
Box 6000
The Lakes, NV 89101-6000

CitiCards
P.O. Box 688908
Des Moines, IA 50368-8908

Citibusiness Card
P.O. Box 44180
Jacksonville, FL 32231-4180

Consumers Credit Union
1210 S. Lake Street
P.O. Box 503
Mundelein, IL 60060-0503

Cook County Treasurer
118 N. Clark
Chicago, IL 60602-1590

Cook County Treasurer
P.O. Box 4488
Carol Stream, IL 60197-4488

Direct TV
P.O. Box 6550
Greenwood Village, CO 80155-6550

Direct TV
P.O. Box 9001069
Louisville, KY 40290-1069

Discover Business Card
P.O. Box 3023
New Albany, OH 43054-3023

Discover Financial Services LLC
P.O. Box 3025
New Albany, OH 43054-3025

Discover Card
P.O. Box 6103
Carol Stream, IL 60197-6103

Edward Lancione
2143 Dehne
Northbrook, IL 60062-6023

Fidelity
FIA Card Services
P.O. Box 15026
Wilmington, DE 19850-5026

Harris N.A.
P.O. Box 6201
Carol Stream, IL 60197-6201

Home Depot
P.O. Box 689147
Des Moines, IA 50368-9147

Home Depot Credit Services
P.O. Box 6926
The Lakes, NV 88901-6926

Home Depot Credit Services
P.O. Box 653002
Dallas, TX 75265-3002

Lowes Business Account
P.O. Box 530970
Atlanta, GA 30353-0970

National City - L007180
P.O. Box 94991
Cleveland, OH 44101-4991

National City  
P.O. Box 856176  
Louisville, KY 40285-6176

National City  
P.O. Box 182354  
LOC# 16-0928  
Columbus, OH 43218-2354

Nicor Gas  
P.O. Box 2020  
Aurora, IL 60507-2020

North Shore Bank  
1570 W. Bluemound Rd.  
Brookfield, WI 53005

North Shore Bank  
P.O. Box 67-3086  
Milwaukee, WI 53267-0001

Sears Gold Mastercard  
P.O. Box 6282  
Sioux Falls, SD 57117-6282

Sears Premier Gold Mastercard  
P.O. Box 183082  
Columbus, OH 43218-3082

State Bank of Countryside  
5734 Joliet Road  
Countryside, IL 60525

US Bank  
P.O. Box 709408  
Saint Louis, MO 63179-0408

Universal Data Services, LLC  
702 Felix Street  
Saint Joseph, MO 64501-2236

Allen W. Knasel  
2748 Kingston Rd.  
Northbrook, IL 60062-6514

Laurie Peard Knasel  
2748 Kingston Rd.  
Northbrook, IL 60062-6514

Paul M. Bach
Law Offices of Paul M. Bach
P.O. Box 1285
Northbrook, IL 60065-1285

Discovery Card
P.O. Box 30943
Salt Lake City, UT 84130

American Infosource LP as Agent for
FIA Card Services, NA/Bank of America
PO Box 248809
Oklahoma City, OK 73124-8809

American Honda Finance
PO Box 168088
Irving, Tx 75016-8088

Harris N. A.
3800 West Golf Road
Suite 300
Rolling Meadows, IL 60008-4005

Account Recovery SVC
3031 N. 114th St.
Milwaukee, WI. 53222-4218

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Capital 1 Bank
Attn c/o Tsys Debt Mgmt
PO Box 5155
Norcross, GA 30091-5155

Chase
201 N. Walnut St.
DE1-1027
Wilmington, DE 19801-2920

City of Chicago Parking Tickets
121 N. LaSalle St.
Room 107A
Chicago, IL 60602-1232

Credit Protection Assoc.
13355 Noel Rd.
Ste. 2100
Dallas, TX 75240-6837

FIA Card Services NA/Bank of America
By American Infosource LP as its Agent
PO Box 248809
Oklahoma City, OK 73124-8809

6

Inverness at South Padre
5600 Gulf Blvd
South Padre Island, TX 78597-7640

Highland Credit Corporation
7921 Southpark Plaza #108
Littleton, Co. 80120-4506

Mario A. Sullivan
4 E. Huron St.
Chicago, IL 60611-2706

Newport News
PO Box 182124
Columbus, OH 43218-2124

National City
L007180
PO Box 94991
Cleveland, OH 44101-4991

National City
PO Box 856176
Louisville, KY 40285-6176

National City
PO Box 182354
Loc# 16-0928
Columbus, OH 43218-2354

North Shore Bank
PO Box 67-3086
Milwaukee, WI 53267-0001

PYOD LLC its Successors and
Assigns as assig Citibank
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Nicor Gas
PO Box 2020
Aurora, IL 60507-2020

Recovery Management Systems Corporation for
GE Money Bank
Dba Lowes BRC
25 SE 2nd Ave. Ste. 1120
Miami, FL 33131-1605

US Bank
PO Box 5229
Cincinnati, OH 45201-5229

7

American Honda Finance Corporation
P.O. Box 60001
City of Industry, CA 91716-0001

Discover Card
PO Box 30943
Salt Lake City, UT 84130

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re  ALLEN W. KNASEL and )
      LAURIE PEARD KNASEL )
       )  Bankruptcy No. __09-02444__
       )
             Debtor. )  Chapter __7__

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
**(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant: __Childress Duffy Goldblatt, Ltd.__

Authorized to Provide Professional Services to: __N. Neville Reid, as Chapter 7 Trustee__

Date of Order Authorizing Employment: __July 21, 2009__

Period for Which Compensation is Sought:
From __July 21__, __2009__ through __May 12__, __2010__

Amount of Fees Sought:  $ 17,160.00

Amount of Expense Reimbursement Sought:  $ 232.23

This is an:  Interim Application _____   Final Application __✓__

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| | | | | |

Dated: __May 18, 2010__        __/s/ Elizabeth Peterson__
                                                                                        (Counsel)

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 09-02444 |
| ALLEN W. KNASEL and | ) | |
| LAURIE PEARD KNASEL, | ) | Hon. Carol A. Doyle, Presiding |
| | ) | |
| Debtors. | ) | **Hearing Date: June 15, 2010** |
| | ) | **Hearing Time: 10:00 A.M.** |

**FIRST AND FINAL FEE APPLICATION OF CHILDRESS DUFFY GOLDBLATT, LTD FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JULY 21, 2009 THROUGH MAY 12, 2010**

Childress Duffy Goldblatt, Ltd. ("CDG"), special bankruptcy counsel to the chapter 7 trustee, by and through general bankruptcy counsel for the chapter 7 trustee, files this application ("Application") for payment of an administrative claim for fees in the amount of $17,160.00 and expenses in the amount of $232.23 for the period of July 21, 2009 through May 12, 2010. In support of this Application, CDG states the following:

**INTRODUCTION**

1. This Court has jurisdiction over the Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The basis for the requested relief are 11 U.S.C. §§ 328, 330, 331 and Bankruptcy Rule 2016, Local Rule 5082-1, and, as set forth below, the Court's prior order concerning interim payment of professional fees.

**BACKGROUND**

3. On January 28, 2009 (the "Petition Date"), the debtors in the above captioned matter (the "Debtors") filed a voluntary petition for relief under chapter 7 of the Bankruptcy

Code in the United States Bankruptcy Court for the Northern District of Illinois.

4. Shortly after the Petition Date, Ronald R. Peterson was appointed as chapter 7 trustee for the Debtors.

5. On June 9, 2009, Ronald R. Peterson resigned as chapter 7 trustee, and N. Neville Reid was appointed as chapter 7 trustee (the "Trustee").

6. On July 21, 2009, the Court entered an order granting the Trustee's application to retain CDG as special bankruptcy counsel [Dkt. 63].

7. On April 15, 2010, the Court entered an order granting the Trustee's Motion for an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement [Dkt. 78].

8. On or about April 27, 2010, the Trustee received a check from State Farm Insurance Company ("State Farm") for $52,000.00 pursuant to settlement reached between State Farm and the Debtors.

## REQUESTED RELIEF

9. CDG files this final fee application to be allowed an administrative claim for its unpaid fees and expenses for work performed on behalf of the Trustee from July 21, 2009 through April 30, 2010 (the "Application Period").

10. Attached as Exhibit A to this Application is a copy of the fee agreement (the "Fee Agreement") between CDG and the Trustee, whereby CDG would be compensated by a contingency fee of 33% of all monies recovered during the claims process or after suit is filed and reimbursed for all costs and expenses incurred.

11. Attached as Exhibit B to this Application is a copy of the Order issued by this Court granting the Trustee's Application to Employ CDG as Special Bankruptcy Counsel and approving the Fee Agreement [Dkt. 63].

2

12. Attached as <u>Exhibit C</u> to this Application is a copy of the Order issued by this Court Approving Settlement Pursuant to Bankruptcy Rule 9019 [Dkt. 78].

13. Attached as <u>Exhibit D</u> to this Application is a summary of the expenses for which CDG seeks reimbursement.

**PROFESSIONAL SERVICES RENDERED**

14. During the Application Period, CDG has performed the following services on behalf of the Trustee:

   A. CDG attorney, Edward Eshoo, advised the Trustee about his rights and duties with respect to the insurance claim (the "<u>Fire Insurance Claim</u>") arising out of a September 30, 2008 fire that occurred at one of the Debtors' properties located at 40 Atwater Parkway, Fox Lake, Illinois 60020 (the "<u>Property</u>");

   B. Mr. Eshoo advised the Trustee on the legal issues related to the Fire Insurance Claim;

   C. Mr. Eshoo, along with the Trustee's general bankruptcy counsel, Ryan T. Schultz, negotiated on behalf of the Trustee with counsel for State Farm Insurance Company ("State Farm") to resolve the structural damage component (the "<u>Structural Claim</u>") and the personal property damage component (the "<u>Personal Property Claim</u>") of the Fire Insurance Claim; and

   D. Mr. Eshoo, along with Mr. Schultz, reached a settlement agreement with counsel for State Farm whereby State Farm agreed to pay $214,536.90 for the Structural Claim with the proceeds going to Aurora Loan Services to

3

satisfy the outstanding balance of the Debtors' mortgage on the Property, and, with respect to the Personal Property Claim, State Farm agreed to pay $52,000.00 to the Trustee for the cash value of the personal property and the Debtors only have a right to make a claim for actual out-of-pocket expenses over $52,000, subject to policy limits and pursuant to the relevant insurance policy.

### APPROPRIATENESS OF FEES

15. The professional services provided by CDG to the Trustee during the Application Period were necessary and appropriate to assist the Trustee with the administration of the Debtor's case, and were in the best interests of the Debtors.

16. CDG's Fee Agreement for the matters set forth in this Application is commensurate with the complexity, importance, and nature of the problems, issues and tasks involved, consistent with reasonable and customary rates among attorneys and paralegals for the work performed.

17. The Fee Agreement between the Trustee and CDG states that CDG will be compensated by a contingency fee of 33% of all monies recovered during the claims process or after suit is filed and it will be reimbursed for all costs and expenses incurred. (Ex. A.) CDG seeks to be compensated in accordance with the Fee Agreement and this Court's Order granting the Trustee's Application to Employ CDG as Special Bankruptcy Counsel and approving the Fee Agreement (Ex. B).

18. The Trustee received a payment of $52,000.00 from State Farm to resolve the Personal Property Claim on or about April 27, 2010. This payment shall constitute the basis of CDG's fees.

4

19. CDG is requesting fees in the amount of 33% of $52,000.00, which is $17.160.00.

20. CDG's requested fees are awardable pursuant to 11 U.S.C. § 330 as reasonable and necessary expenses incurred for the administration of the Debtor's estate.

## CDG EXPENSE POLICIES

21. CDG charges clients for actual out-of-pockets expenses it incurs on their behalf such as travel, postage, photocopying costs, outside vendor costs, phone charges, and court fees.

22. The expenses sought by CDG in this Application are for delivery charges, postage, PACER research, and document reproduction, including color copies that were sent to State Farm. These expenses relate to Mr. Eshoo's representation of the Trustee in negotiations with State Farm to resolve the Fire Insurance Claim, and were necessary and benefited the Debtor's estate. The total amount of out-of-pocket expenses for which CDG seeks reimbursement is $232.23.

## ADDITIONAL FEES

23. CDG has undertaken all reasonable efforts to ensure that all attorneys' fees and costs for the period of July 21, 2009 through May 12, 2010 are included in this application. However, it is possible that some fees and expenses may not be included in this application. CDG reserves the right to submit further applications for fees and expenses for the period of July 21, 2009 through May 12, 2010, if necessary.

## SUMMARY OF FEES

24. CDG applies for an administrative claim in the amount of $17,392.23, consisting of $17,160.00 in fees and $232.23 in expenses.

5

WHEREFORE, CDG requests entry of an order allowing it an administrative claim in the amount of $17,392.75, and allowing the Trustee to pay the same.

Dated: May 18, 2010

Respectfully submitted,

*N. Neville Reid, as Chapter 7 Trustee for the Bankruptcy Estate of Allen W. Knasel and Laurie Peard Knasel*

By: ___/s/ Elizabeth Peterson___
    Fox, Hefter, Swibel, Levin & Carroll, LLP,
    General Bankruptcy Counsel to the Trustee

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
Elizabeth Peterson (ARDC #6294546)
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL 60606
Ph: 312.224.1200
Fx: 312.224.1201