# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KNASEL, ALLEN W | § | Case No. 09-02444 |
| KNASEL, LAURIE PEARD | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that N. Neville Reid, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk for the U.S. Bankruptcy
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/10/2012 in Courtroom 742,

United States Courthouse
219 South Dearborn
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _12/05/2011_____          By: _N. Neville Reid_____
                                                                                   Trustee

*N. Neville Reid*
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KNASEL, ALLEN W | § | Case No. 09-02444 |
| KNASEL, LAURIE PEARD | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 52,006.65 |
| and approved disbursements of | $ | 40,971.05 |
| leaving a balance on hand of[1] | $ | 11,035.60 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. Neville Reid | $          1,850.00 | $          0.00 | $          1,850.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,850.00 |
| Remaining Balance | $ | 9,185.60 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 375,055.87  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  2.5  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|-----------|----------|------------------------:|------------------------:|-----------------:|
| 000001 | Discover Bank/DFS Services LLC | $ 3,479.25 | $ 0.00 | $ 85.21 |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 22,352.49 | $ 0.00 | $ 547.44 |
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 27,136.51 | $ 0.00 | $ 664.61 |
| 000005 | PYOD LLC its successors and assigns as assignee of | $ 25,351.19 | $ 0.00 | $ 620.88 |
| 000006 | PYOD LLC its successors and assigns as assignee of | $ 25,880.96 | $ 0.00 | $ 633.86 |
| 000007 | PYOD LLC its successors and assigns as assignee of | $ 15,947.44 | $ 0.00 | $ 390.57 |
| 000008 | PYOD LLC its successors and assigns as assignee of | $ 8,778.80 | $ 0.00 | $ 215.00 |
| 000009 | PYOD LLC its successors and assigns as assignee of | $ 52,394.10 | $ 0.00 | $ 1,283.20 |
| 000010 | Discover Bank/DFS Services LLC | $ 12,874.16 | $ 0.00 | $ 315.31 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | U.S. Bank N.A. | $ 30,443.91 | $ 0.00 | $ 745.61 |
| 000012 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 23,679.29 | $ 0.00 | $ 579.94 |
| 000013 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 41,207.04 | $ 0.00 | $ 1,009.21 |
| 000014 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 658.56 | $ 0.00 | $ 16.13 |
| 000015 | American Express Bank FSB | $ 2,940.77 | $ 0.00 | $ 72.02 |
| 000016 | Cook County Treasurer | $ 19,081.98 | $ 0.00 | $ 467.34 |
| 000017 | American Express Bank FSB | $ 21,775.66 | $ 0.00 | $ 533.32 |
| 000018 | American Express Bank FSB | $ 9,025.03 | $ 0.00 | $ 221.03 |
| 000019 | American Express Centurion Bank | $ 13,682.48 | $ 0.00 | $ 335.10 |
| 000020 | Recovery Management Systems Corporation | $ 3,658.50 | $ 0.00 | $ 89.60 |
| 000021 | North Shore Bank | $ 14,707.75 | $ 0.00 | $ 360.22 |

Total to be paid to timely general unsecured creditors          $          9,185.60

Remaining Balance          $          0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).


Tardily filed general (unsecured) claims are as follows:


NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/N. Neville Reid
                                         Trustee

*N. Neville Reid*
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 09-02444-CAD
Allen W Knasel                                                              Chapter 7
Laurie Peard Knasel
      Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: tmaurer          Page 1 of 3          Date Rcvd: Dec 06, 2011
                              Form ID: pdf006        Total Noticed: 70


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2011.
db/jdb        +Allen W Knasel,   Laurie Peard Knasel,   2748 Kingston Rd,   Northbrook, IL 60062-6514
13460928      +A&T Construction,   2748 Kingston Rd,   Northbrook, IL 60062-6514
13460934       AT&T Universal Card,   POBox 44167,   Jacksonville, FL 32231-4167
13460929       Advertiser Network,   236 Route 173,   Anticoch, IL 60002-1897
13460930       American Express,   Box 0001,   Los Angeles, CA 90096-0001
13460931       American Express,   P.O. Box 981535,   El Paso, TX 79998-1535
13826268       American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
13842155       American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
13460940       Bank of America,   PO Box 15726,   Wilmington, DE 19886-5726
13460943       Bank of America,   P.O. Box 15019,   Wilmington, DE 19886-5019
13460938       Bank of America,   PO Box 21848,   Greensboro, NC 27420-1848
13460944       Bank of America Mortgage,   PO Box 533512,   Atlanta, GA 30353-3512
13460945       Bank of Americax,   PO Box 21848,   Greensboro, NC 27420-1848
15109035      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: CAPITAL 1 BANK,   ATTN C/O TSYS DEBT MGMT,   PO BOX 5155,
               NORCROSS GA 30091)
15109036      +CHASE,   201 N WALNUT ST/DE1-1027,   WILMINGTON DE 19801-2901
15109037      +CITY OF CHICAGO PARKING TICKETS,   121 N LASALLE ST ROOM 107A,   CHICAGO IL 60602-1232
15109038      +CREDIT PROTECTION ASSOC,   13355 NOEL RD STE 2100,   DALLAS TX 75240-6837
13460947       Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
13460946       Capital One,   P.O. Box 6492,   Carol Stream, IL 60197-6492
13460948      +Captial One,   P.O. Box 6492,   Carol Stream, IL 60197-6492
13460949       Card Services,   PO Box 15049,   Wilmington, DE 19850-5049
13460951       Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
13460950       Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
13460952       Chase Visa Card,   Cardmember Services,   P.O. Box 15153,   Wilmington, DE 19886-5153
13460954       Citi,   P.O. Box 6000,   The Lakes, NV 89163-6000
13460955       Citi Cards,   P.O. Box 6000,   The Lakes, NV 89163-6000
13460956       Citi Premier,   Box 6000,   The Lakes, NV 89101-6000
13460958       CitiCards,   PO Box 688908,   Des Moines, IA 50368-8908
13460957       Citibusiness Card,   P.O. Box 44180,   Jacksonville, FL 32231-4180
13460961       Cook County Treasurer,   PO Box 4488,   Carol Stream, IL 60197-4488
13460960      +Cook County Treasurer,   118 N. Clark,   Chicago, IL 60602-1590
13460963       Direct TV,   PO Box 9001069,   Louisville, KY 40290-1069
13460962       Direct TV,   PO Box 6550,   Greenwood Village, CO 80155-6550
13460967      +Edward Lancione,   2143 Dehne,   Northbrook, IL 60062-6023
13460968       Fidelity,   FIA Card Services,   P.O. Box 15026,   Wilmington, DE 19850-5026
13460969       Harris N.A.,   P.O. Box 6201,   Carol Stream, IL 60197-6201
13460970       Home Depot,   PO Box 689147,   Des Moines, IA 50368-9147
13460971      +Home Depot Credit Services,   P.O. Box 6926,   The Lakes, NV 88901-6926
13460972       Home Depot Credit Services,   PO Box 653002,   Dallas, TX 75265-3002
15109041      +MARIO A SULLIVAN,   4 E HURON ST,   CHICAGO IL 60611-2706
15109042      +NEWPORT NEWS,   PO BOX 182124,   COLUMBUS OH 43218-2124
13460975      +National City,   LOO7180 PO Box 94991,   Cleveland, OH 44101-4991
13460974      +National City,   P.O. Box 856176,   Louisville, KY 40285-6176
13460978       North Shore Bank,   PO Box 67-3086,   Milwaukee, WI 53267-3086
13460979       North Shore Bank,   1570 W. Bluemound Rd,   Brookfield, WI 53005
13460981       Sears Gold Mastercard,   PO Box 6282,   Sioux Falls, SD 57117-6282
13460982       Sears Premier Gold Mastercard,   P.O. Box 183082,   Columbus, OH 43218-3082
13460983       State Bank of Countryside,   5734 Joliet Road,   Countryside, IL 60525
13804290      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: U.S. Bank N.A.,   Bankruptcy Department,   P.O. Box 5229,
               Cincinnati, OH 45201)
13460985       US Bank,   PO Box 709408,   Saint Louis, MO 63179-0408
13460984      +Universal Data Services, LLC,   702 Felix Street,   Saint Joseph, MO 64501-2236


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15109034      +E-mail/Text: collect@arspif.com Dec 07 2011 03:47:24   ACCOUNT RECOVERY SVC,   3031 N 114TH ST,
               MILWAUKEE WI 53222-4218
13460933       E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 07 2011 03:47:06
               American Honda Finance Corporation,   PO Box 60001,   City Of Industry, CA 91716-0001
13674744       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 07 2011 06:00:27
               AMERICAN INFOSOURCE LP AS AGENT FOR,   FIA CARD SERVICES, NA/BANK OF AMERICA,   PO Box 248809,
               Oklahoma City, OK 73124-8809
13460932       E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 07 2011 03:47:06   American Honda Finanacial Corp,
               P.O. Box 5308,   Elgin, IL 60121-5308
13460935      +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Dec 07 2011 03:47:48   Aurora Loan Services,
               10350 Park Meadows Dr,   Littleton, CO 80124-6800
13460936       E-mail/Text: ALSBankruptcy@aurorabankfsb.com Dec 07 2011 03:47:48   Aurora Loan Services,
               Bankruptcy Department,   2817 College Park, PO Box 1706,   Scottsbluff, NE 69363-1706
13460937       E-mail/Text: ALSBankruptcy@aurorabankfsb.com Dec 07 2011 03:47:48   Aurora Loan Services,
               PO Box 1706,   Scottsbluff, NE 69363-1706

```
District/off: 0752-1          User: tmaurer           Page 2 of 3              Date Rcvd: Dec 06, 2011
                             Form ID: pdf006          Total Noticed: 70
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13460959      E-mail/Text: adjustments@myconsumers.org Dec 07 2011 03:48:41      Consumers Credit Union,
              1210 S. Lake Street,   PO Box 503,   Mundelein, IL 60060-0503
13460966      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 07 2011 06:02:22      Discover Card,   PO Box 30943,
              Salt Lake City, UT 84130
13634799      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 07 2011 06:02:22
              Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
13460964      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 07 2011 06:02:22      Discover Business Card,
              PO Box 3023,   New Albany, OH 43054-3023
13460965      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 07 2011 06:02:22      Discover Card,   PO Box 6103,
              Carol Stream, IL 60197-6103
13820227      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 07 2011 06:00:27
              FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
              Oklahoma City, OK  73124-8809
15109039     +E-mail/Text: tmgill@highlandspremier.com Dec 07 2011 03:48:11      HIGHLAND CREDIT CORPORATION,
              7921 SOUTHPARK PLAZA #108,   LITTLETON CO 80120-4506
15109040     +E-mail/Text: eileen.penland@icsmanagement.net Dec 07 2011 03:48:40      INVERNESS AT SOUTH PADRE,
              5600 GULF BLVD,   SOUTH PADRE ISLAND TX 78597-7640
13460973      E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2011 06:04:25      Lowes Business Account,
              PO Box 530970,   Atlanta, GA 30353-0970
13460977      E-mail/Text: bankrup@nicor.com Dec 07 2011 03:45:45      Nicor Gas,   P.O. Box 2020,
              Aurora, IL 60507-2020
13677494      E-mail/Text: resurgentbknotifications@resurgent.com Dec 07 2011 03:45:26
              PYOD LLC its successors and assigns as assignee of,   Citibank,   Resurgent Capital Services,
              PO Box 10587,   Greenville, SC 29603-0587
14001310     +E-mail/PDF: rmscedi@recoverycorp.com Dec 07 2011 06:04:26
              Recovery Management Systems Corporation,   For GE Money Bank,   dba LOWES BRC,
              25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                     TOTAL: 19
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Childress Duffy Goldblatt
13460980      Other Properties
13698579*     Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany, OH 43054-3025
13460939     ##Bank Of America,   PO Box 15026,   Wilmington, DE 19850-5026
13460942     ##Bank of America,   PO Box 535318,   Atlanta, GA 30353-5318
13460941     ##Bank of America,   Business Credit Express, Bankcard C,   PO Box 15184,
              Wilmington, DE 19850-5184
13460953     ##+Childress Duffy...,   515 N. State Street, Suite 2200,   Chicago, IL 60654-4974
13460976     ##National City,   PO Box 182354,   LOC# 16-0928,   Columbus, OH 43218-2354
                                                                      TOTALS: 2, * 1, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 08, 2011**                    **Signature:**        _Joseph Speetjens_

District/off: 0752-1          User: tmaurer               Page 3 of 3              Date Rcvd: Dec 06, 2011
                             Form ID: pdf006             Total Noticed: 70

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2011 at the address(es) listed below:
          Barbara J Dutton    on behalf of Creditor  Aurora Loan Services, LLC duttonlaw@aol.com,
           ecfdesk@duttonlaw.com
          Elizabeth Gayle Peterson    on behalf of Attorney  Fox, Hefter, Swibel, Levin & Carroll, LLP
           epeterson@fhslc.com,  docket@fhslc.com;clukey@fhslc.com;acotter@fhslc.com
          Kristine S. Phillips    on behalf of Other Prof.  State Farm Fire & Casualty Company
           kphillips@ohaganspencer.com
          N. Neville Reid    nreid@fhslc.com,  nreid@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Paul M Bach    on behalf of Debtor Allen Knasel paul@bachoffices.com,
           pnbach@bachoffices.com;BachECF@gmail.com
          Ronald  Peterson    on behalf of Trustee Ronald Peterson rpeterson@jenner.com,  lraiford@jenner.com
          Ryan T Schultz    on behalf of Trustee N. Reid rschultz@fhslc.com,  docket@fhslc.com
          Timothy R Yueill    on behalf of Creditor  Bank of America, N.A. timothyy@nevellaw.com
                                                                                TOTAL: 9