# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KNASEL, ALLEN W | § | Case No. 09-02444 |
| KNASEL, LAURIE PEARD | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

N. Neville Reid, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on         .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/N. Neville Reid _____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American Honda Finanacial Corp P.O. Box 5308 Elgin, IL 60121-5308 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aurora Loan Services 10350 Park Meadows Dr Littleton, CO 80124 | | | | | |
| | Bank of America Mortgage P.O. Box 533512 Atlanta, GA 30353-3512 | | | | | |
| | Bank of America PO Box 21848 Greensboro, NC 27420-1848 | | | | | |
| | Consumers Credit Union 1210 S. Lake Street PO Box 503 Mundelein, IL 60060-0503 | | | | | |
| | Harris N.A. P.O. Box 6201 Carol Stream, IL 60197-6201 | | | | | |
| | National City P.O. Box 856176 Louisville, KY 40285 | | | | | |
| | North Shore Bank PO Box 67-3086 Milwaukee, WI 53267-3086 | | | | | |
| | Representing: American Honda Finanacial Corp | | | | | |
| | Representing: Aurora Loan Services | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: Aurora Loan Services | | | | | |
| | Representing: Bank of America | | | | | |
| | Representing: Bank of America Mortgage | | | | | |
| | Representing: National City | | | | | |
| | Representing: National City | | | | | |
| | Representing: North Shore Bank | | | | | |
| | State Bank of Countryside 5734 Joliet Road Countryside, IL 60525 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID AS TRUSTEE | | | | | |
| FOX, HEFTER, SWIBEL, LEVIN & CARROL | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FOX, HEFTER, SWIBEL, LEVIN & CARROL | | | | | |
| FOX, HEFTER, SWIBEL, LEVIN & CARROL | | | | | |
| FOX, HEFTER, SWIBEL, LEVIN & CARROL | | | | | |
| FOX, HEFTER, SWIBEL, LEVIN & CARROL | | | | | |
| CHILDRESS DUFFY GOLDBLATT, LTD. | | | | | |
| CHILDRESS DUFFY GOLDBLATT, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Universal Card POBox 44167 Jacksonville, FL 32231-4167 | | | | | |
| | Advertiser Network 236 Route 173 Antioch, IL 60002-1897 | | | | | |
| | American Express Box 0001 Los Angeles, CA 90096-0001 | | | | | |
| | American Express Box 0001 Los Angeles, CA 90096-0001 | | | | | |
| | American Express Box 0001 Los Angeles, CA 90096-0001 | | | | | |
| | American Express Box 0001 Los Angeles, CA 90096-0001 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America PO Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Bank of America Business Credit Express, Bankcard C PO Box 15184 Wilmington, DE 19850-5184 | | | | | |
| | Bank of America Business Credit Express, Bankcard C PO Box 15184 Wilmington, DE 19850-5184 | | | | | |
| | Bank of America PO Box 15726 Wilmington, DE 19886-5726 | | | | | |
| | Capital One P.O. Box 6492 Carol Stream, IL 60197-6492 | | | | | |
| | Capital One P.O. Box 6492 Carol Stream, IL 60197-6492 | | | | | |
| | Captial One P.O. Box 6492 Carol Stream, IL 60197 | | | | | |
| | Chase P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Visa Card Cardmember Services P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Childress Duffy... 515 N. State Street, Suite 2200 Chicago, IL 60610 | | | | | |
| | Citi Cards P.O. Box 6000 The Lakes, NV 89163-6000 | | | | | |
| | Citi Premier Box 6000 The Lakes, NV 89101-6000 | | | | | |
| | CitiCards PO Box 688908 Des Moines, IA 50368-8908 | | | | | |
| | Citibusiness Card P.O. Box 44180 Jacksonville, FL 32231-4180 | | | | | |
| | Cook County Treasurer 118 N. Clark Chicago, IL 60602 | | | | | |
| | Cook County Treasurer 118 N. Clark Chicago, IL 60602 | | | | | |
| | Direct TV PO Box 6550 Greenwood Village, CO 80155-6550 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Business Card PO Box 3023 New Albany, OH 43054-3023 | | | | | |
| | Discover Card PO Box 6103 Carol Stream, IL 60197-6103 | | | | | |
| | Fidelity FIA Card Services P.O. Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Home Depot Credit Services P.O. Box 6926 The Lakes, NV 88901 | | | | | |
| | Home Depot Credit Services PO Box 653002 Dallas, TX 75265-3002 | | | | | |
| | Lowes Business Account PO Box 530970 Atlanta, GA 30353-0970 | | | | | |
| | Nicor Gas P.O. Box 2020 Aurora, IL 60507-2020 | | | | | |
| | Representing: Advertiser Network | | | | | |
| | Representing: American Express | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: American Express | | | | | |
| | Representing: Bank Of America | | | | | |
| | Representing: Bank Of America | | | | | |
| | Representing: Bank of America | | | | | |
| | Representing: Capital One | | | | | |
| | Representing: Capital One | | | | | |
| | Representing: Captial One | | | | | |
| | Representing: Chase | | | | | |
| | Representing: Chase Visa Card | | | | | |
| | Representing: Chase Visa Card | | | | | |
| | Representing: CitiCards | | | | | |
| | Representing: Cook County Treasurer | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: Cook County Treasurer | | | | | |
| | Representing: Direct TV | | | | | |
| | Representing: Discover Card | | | | | |
| | Representing: Home Depot Credit Services | | | | | |
| | Representing: Sears Premier Gold Mastercard | | | | | |
| | Sears Premier Gold Mastercard P.O. Box 183082 Columbus, OH 43218-3082 | | | | | |
| | State Bank of Countryside 5734 Joliet Road Countryside, IL 60525 | | | | | |
| | US Bank PO Box 709408 Saint Louis, MO 63179-0408 | | | | | |
| | Universal Data Services, LLC 702 Felix Street Saint Joseph, MO 64501 | | | | | |
| 000015 | AMERICAN EXPRESS BANK FSB | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000017 | AMERICAN EXPRESS BANK FSB | | | | | |
| 000018 | AMERICAN EXPRESS BANK FSB | | | | | |
| 000019 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000016 | COOK COUNTY TREASURER | | | | | |
| 000001 | DISCOVER BANK/DFS SERVICES LLC | | | | | |
| 000010 | DISCOVER BANK/DFS SERVICES LLC | | | | | |
| 000012 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000013 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000014 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000021 | NORTH SHORE BANK | | | | | |
| 000005 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000006 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000007 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000008 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000009 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000020 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000011 | U.S. BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-02444 | CAD | Judge: CAROL A. DOYLE |
|---|---|---|---|

Case Name:   KNASEL, ALLEN W
KNASEL, LAURIE PEARD

For Period Ending:   05/07/12

Trustee Name:   N. Neville Reid
Date Filed (f) or Converted (c):   01/28/09 (f)
341(a) Meeting Date:   07/17/09
Claims Bar Date:   06/08/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 2748 Kingston Road, Northbrook, Illinois 60062 | 525,000.00 | 0.00 | DA | 0.00 | FA |
| 2. 40 Atwater Parkway, Fox Lake, Illinois | 275,000.00 | 0.00 | DA | 0.00 | FA |
| 3. 3535 Pleasant Street, Northbrook, IL | 725,000.00 | 0.00 | DA | 0.00 | FA |
| 4. 2354 Wood Drive, Northbrook, IL | 500,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Cash on Hand | 200.00 | 0.00 | DA | 0.00 | FA |
| 6. Citizens Bank Checking | 200.00 | 0.00 | DA | 0.00 | FA |
| 7. Household Goods and Furnishings | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 8. Books and Pictures | 200.00 | 0.00 | DA | 0.00 | FA |
| 9. Wearing Apparel | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10. Wedding Ring | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 11. Misc. Sports Equipment | 200.00 | 0.00 | DA | 0.00 | FA |
| 12. Term Life Insurance Policy with Prudential --- $1, | 0.00 | 0.00 | DA | 0.00 | FA |
| 13. Term Life Policy with Prudential - 50,000.00 | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. Retirement Funds - Laurie | 115,026.00 | 0.00 | DA | 0.00 | FA |
| 15. Village of Glenview - retirement | 142,253.00 | 0.00 | DA | 0.00 | FA |
| 16. A & T Construction. owns property at 2110 Dehne, N | 0.00 | 0.00 | DA | 0.00 | FA |
| 17. Pending Claim with State Farm Insurance -- 13-B315 | 0.00 | 0.00 | | 52,000.00 | FA |
| 18. Illinois Driver's Licenses | 0.00 | 0.00 | DA | 0.00 | FA |
| 19. Laurie's License to Practice Law | 0.00 | 0.00 | DA | 0.00 | FA |
| 20. Allen's Fireman's License | 0.00 | 0.00 | DA | 0.00 | FA |
| 21. 1994 Toyota Celica | 650.00 | 0.00 | DA | 0.00 | FA |
| 22. 2006 Honda Odyssey v6 Wagon 5D EX-L - DVD | 18,275.00 | 0.00 | DA | 0.00 | FA |
| 23. 2006 E350 SD EXT Van Supercargo | 10,950.00 | 0.00 | DA | 0.00 | FA |
| 24. 2006 Model 146A Sea Doo | 6,680.00 | 0.00 | DA | 0.00 | FA |
| 25. 1995 Sea Doo XP | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 26. 2005 Glastron 215 DS -- with trailer | 20,230.00 | 0.00 | DA | 0.00 | FA |

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

Ver: 16.06a

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| Case No: | 09-02444    CAD    Judge: CAROL A. DOYLE | Trustee Name: | N. Neville Reid |
|---|---|---|---|
| Case Name: | KNASEL, ALLEN W | Date Filed (f) or Converted (c): | 01/28/09 (f) |
| | KNASEL, LAURIE PEARD | 341(a) Meeting Date: | 07/17/09 |
| | | Claims Bar Date: | 06/08/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 27. Boat Trailer | 140.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 6.77 | Unknown |

|  | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,347,604.00 | $0.00 | | $52,006.77 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final report filed, final fees approved by court, distribution made to creditors in January 2012, awaiting clearance of
checks so we can file a Final Accunt.

Initial Projected Date of Final Report (TFR): 06/30/10        Current Projected Date of Final Report (TFR): 12/30/11

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 09-02444  -CAD | | Trustee Name: | N. Neville Reid |
| Case Name: | KNASEL, ALLEN W | | Bank Name: | BANK OF AMERICA, N.A. |
| | KNASEL, LAURIE PEARD | | Account Number / CD #: | *******6796  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0594 | | | |
| For Period Ending: | 05/07/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/28/10 | 17 | State Farm Fire and Casualty Company Bloomington, IL | Personal Property Claim | 1121-000 | 52,000.00 | | 52,000.00 |
| 05/19/10 | 000301 | Fox, Hefter, Swibel, Levin & Carroll 200 West Madison Street Suite 3000 Chicago, IL  60606 | Allowance of Fees and Expenses Allowance of Fees (6/9/09 - 1/31/10) | 3110-000 | | 6,584.00 | 45,416.00 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.66 | | 45,417.66 |
| 06/17/10 | 000302 | Fox, Hefter, Swibel, Levin & Carroll 200 West Madison Street Suite 3000 Chicago, IL  60606 | Allowance of Fees and Expenses Allowance of Fees (2/01/10 - 4/30/10) | 3110-000 | | 8,517.30 | 36,900.36 |
| | | | Fees          8,514.50 | 3110-000 | | | |
| | | | Expenses          2.80 | 3120-000 | | | |
| 06/17/10 | 000303 | Childress Duffy Goldblatt, Ltd. 500 North Dearborn Street Suite 1200 Chicago, IL  60654 | Allowance of Fees and Expenses Allowance of Fees (7/21/09 - 5/12/10) | | | 17,393.23 | 19,507.13 |
| | | | Fees          17,161.00 | 3210-000 | | | |
| | | | Expenses          232.23 | 3220-000 | | | |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.92 | | 19,508.05 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.49 | | 19,508.54 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.50 | | 19,509.04 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.48 | | 19,509.52 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.50 | | 19,510.02 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.48 | | 19,510.50 |
| 12/20/10 | 000304 | Fox, Hefter, Swibel, Levin & Carroll 200 West Madison Street Suite 3000 | Fees and Expenses (5/1/10-10/31/10) | | | 8,476.52 | 11,033.98 |

Page Subtotals          52,005.03          40,971.05

Ver: 16.06a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

Page: 2

Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-02444  -CAD |
|---|---|
| Case Name: | KNASEL, ALLEN W |
| | KNASEL, LAURIE PEARD |
| Taxpayer ID No: | *******0594 |
| For Period Ending: | 05/07/12 |

| Trustee Name: | N. Neville Reid |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6796  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Chicago, IL  60606 | | | | | |
| | | | Fees          8,371.00 | 3110-000 | | | |
| | | | Expenses     105.52 | 3120-000 | | | |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.43 | | 11,034.41 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.28 | | 11,034.69 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 11,034.77 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,034.86 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,034.95 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,035.05 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,035.14 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,035.23 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,035.33 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,035.42 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,035.51 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,035.60 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,035.69 |
| 01/11/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 11,035.72 |
| 01/11/12 | | Transfer to Acct #*******7009 | Final Posting Transfer | 9999-000 | | 11,035.72 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 52,006.77 | 52,006.77 | 0.00 |
| | | Less:  Bank Transfers/CD's | | | 0.00 | 11,035.72 | |
| | | Subtotal | | | 52,006.77 | 40,971.05 | |
| | | Less:  Payments to Debtors | | | | 0.00 | |
| | | Net | | | 52,006.77 | 40,971.05 | |

Page Subtotals          1.74          11,035.72

Ver: 16.06a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-02444  -CAD | |
| Case Name: | KNASEL, ALLEN W | |
| | KNASEL, LAURIE PEARD | |
| Taxpayer ID No: | *******0594 | |
| For Period Ending: | 05/07/12 | |

| | |
|---|---|
| Trustee Name: | N. Neville Reid |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7009  BofA - Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/11/12 | | Transfer from Acct #*******6796 | Transfer In From MMA Account | 9999-000 | 11,035.72 | | 11,035.72 |
| 01/12/12 | 003001 | N. Neville Reid as Trustee<br>200 West Madison Street<br>CHICAGO, IL  60606 | Chapter 7 Compensation/Expense | 2100-000 | | 1,850.00 | 9,185.72 |
| 01/12/12 | 003002 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Claim 000001, Payment 2.44909% | 7100-000 | | 85.21 | 9,100.51 |
| 01/12/12 | 003003 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>FIA CARD SERVICES, NA/BANK OF AMERICA<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000003, Payment 2.44917% | 7100-000 | | 547.45 | 8,553.06 |
| 01/12/12 | 003004 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>FIA CARD SERVICES, NA/BANK OF AMERICA<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000004, Payment 2.44917% | 7100-000 | | 664.62 | 7,888.44 |
| 01/12/12 | 003005 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000005, Payment 2.44916% | 7100-000 | | 620.89 | 7,267.55 |
| 01/12/12 | 003006 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000006, Payment 2.44917% | 7100-000 | | 633.87 | 6,633.68 |
| 01/12/12 | 003007 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>Resurgent Capital Services<br>PO Box 10587 | Claim 000007, Payment 2.44917% | 7100-000 | | 390.58 | 6,243.10 |

| | | Page Subtotals | 11,035.72 | 4,792.62 | |
|---|---|---|---|---|---|

Ver: 16.06a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit 9

| Case No: | 09-02444 -CAD | Trustee Name: | N. Neville Reid |
| Case Name: | KNASEL, ALLEN W | Bank Name: | BANK OF AMERICA, N.A. |
| | KNASEL, LAURIE PEARD | Account Number / CD #: | *******7009  BofA - Checking Account |
| Taxpayer ID No: | *******0594 | | |
| For Period Ending: | 05/07/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Greenville, SC 29603-0587 | | | | | |
| 01/12/12 | 003008 | PYOD LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000008, Payment 2.44920% | 7100-000 | | 215.01 | 6,028.09 |
| 01/12/12 | 003009 | PYOD LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000009, Payment 2.44915% | 7100-000 | | 1,283.21 | 4,744.88 |
| 01/12/12 | 003010 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000010, Payment 2.44917% | 7100-000 | | 315.31 | 4,429.57 |
| 01/12/12 | 003011 | U.S. Bank N.A.<br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Claim 000011, Payment 2.44916%<br>(11-1) unsecured credit card | 7100-000 | | 745.62 | 3,683.95 |
| 01/12/12 | 003012 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000012, Payment 2.44914% | 7100-000 | | 579.94 | 3,104.01 |
| 01/12/12 | 003013 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000013, Payment 2.44917% | 7100-000 | | 1,009.23 | 2,094.78 |
| 01/12/12 | 003014 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000014, Payment 2.44928% | 7100-000 | | 16.13 | 2,078.65 |

| | | | Page Subtotals | | 0.00 | 4,164.45 | |

Ver: 16.06a

FORM 2   Page: 5

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 09-02444  -CAD |
| Case Name: | KNASEL, ALLEN W |
| | KNASEL, LAURIE PEARD |
| Taxpayer ID No: | *******0594 |
| For Period Ending: | 05/07/12 |

| | |
|---|---|
| Trustee Name: | N. Neville Reid |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7009  BofA - Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/12/12 | 003015 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim 000015, Payment 2.44902% | 7100-000 | | 72.02 | 2,006.63 |
| 01/12/12 | 003016 | Cook County Treasurer 118 N. Clark Chicago, IL 60602 | Claim 000016, Payment 2.44917% (16-1) REAL ESTATE TAXES | 7100-000 | | 467.35 | 1,539.28 |
| 01/12/12 | 003017 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim 000017, Payment 2.44916% | 7100-000 | | 533.32 | 1,005.96 |
| 01/12/12 | 003018 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim 000018, Payment 2.44919% | 7100-000 | | 221.04 | 784.92 |
| 01/12/12 | 003019 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim 000019, Payment 2.44919% | 7100-000 | | 335.11 | 449.81 |
| 01/12/12 | 003020 | Recovery Management Systems Corporation For GE Money Bank dba LOWES BRC 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Claim 000020, Payment 2.44909% | 7100-000 | | 89.60 | 360.21 |
| 01/12/12 | 003021 | North Shore Bank 1570 W. Bluemound Rd Brookfield, WI 53005 | Claim 000021, Payment 2.44912% | 7100-000 | | 360.21 | 0.00 |

Page Subtotals                0.00         2,078.65

Ver: 16.06a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-02444  -CAD | | Trustee Name: | N. Neville Reid |
|---|---|---|---|---|
| Case Name: | KNASEL, ALLEN W | | Bank Name: | BANK OF AMERICA, N.A. |
| | KNASEL, LAURIE PEARD | | Account Number / CD #: | *******7009  BofA - Checking Account |
| Taxpayer ID No: | *******0594 | | | |
| For Period Ending: | 05/07/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 11,035.72 | 11,035.72 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 11,035.72 | 0.00 | |
| | | | Subtotal | | 0.00 | 11,035.72 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 11,035.72 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Money Market Account (Interest Earn - *******6796 | | 52,006.77 | 40,971.05 | 0.00 |
| BofA - Checking Account - ********7009 | | 0.00 | 11,035.72 | 0.00 |
| | | ------------------------ | ------------------------ | ------------------------ |
| | | 52,006.77 | 52,006.77 | 0.00 |
| | | ============== | ============== | ============== |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                    0.00

Ver: 16.06a